Rose M. Schnuer, Appellant, v. Schlegel Realty Company, Inc., and Others, Respondents. — The affidavits on the order to show cause why defendants' default should not be opened do not sufficiently set forth the facts and circumstances showing a meritorious defense on the part of the defendants. A mere affidavit of merits is not sufficient. (*Heischober* v. *Polishook*, 152 App. Div. 193; *Rothschild* v. *Haviland*, 172 id. 562.) Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, without prejudice to its renewal at Special Term

on new papers. Jenks, P. J., Carr, Mills, Rich and Putnam, JJ., concurred.